Alisa M. Morgenthaler (State Bar No. 146940)
MORGENTHALER LAW GROUP
11620 Wilshire Boulevard, 9th Floor
Los Angeles, CA 90025
Telephone: (310) 582-5903
Facsimile: (424) 273-6251
E-mail: amorgenthaler.atty@gmail.com

Attorney for Defendant LOIS O'BRIEN, individually and as Trustee of THE LOIS M. O'BRIEN, M.D. TRUST DATED APRIL 7, 2008

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY EXLEY, CHARLES EXLEY and JULIANA LOZA as CO-TRUSTEES of and for the benefit of THE ATHENA MEDICAL GROUP DEFINED BENEFIT PENSION PLAN AND TRUST, THE ATHENA MEDICAL GROUP, INC. DEFINED CONTRIBUTION PENSION PLAN AND TRUST and THE ATHENA MEDICAL GROUP, INC. MONEY PURCHASE PLAN AND TRUST; ATHENA MEDICAL GROUP, INC., a California Corporation; and ATHENA MEDICAL GROUP, INC., a Nevada Corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>LOIS MARGARET O'BRIEN; and LOIS MARGARET O'BRIEN as TRUSTEE of the LOIS M. O'BRIEN, M.D. TRUST; SIGNATURE ESTATE & INVESTMENT ADVISORS, LLC; GENWORTH LIFE AND ANNUITY INSURANCE COMPANY; AND CHARLES SCHWAB & COMPANY, INC.,<br><br>      Defendants. | CASE No. CV13-07569-BRO-MRW<br><br>[Judge Beverly Reid O'Connor]<br><br>**EXHIBITS 2 AND 3 TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT; DECLARATION OF ALISA M. MORGENTHALER**<br><br>[Filed concurrently with Notice of Motion and Motion to Dismiss First Amended Complaint]<br><br>Date: March 9, 2015<br>Time: 1:30 p.m.<br>Ctrm: 14<br><br>Complaint filed:     October 11, 2013 |

---

1

EXHIBITS 2 AND 3 TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT; DECLARATION OF ALISA M. MORGENTHALER